Patrick C. Dunican, Jr., Esq. (PD - 9401)
Robert C. Brady, Esq. (RB - 4814)
**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4500
Attorneys For Plaintiff
Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>YOGI OF NORFOLK, INC., a Nebraska Corporation; and PIYUSH PATEL, an individual,<br><br>Defendants. | Civil Action No.<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Days Inn Worldwide, Inc. ("DIW") states as follows: Days Inn Worldwide, Inc. is a Delaware corporation. Days Inn Worldwide, Inc. is a wholly-owned subsidiary of Cendant Hotel Group, Inc. which is a wholly-owned subsidiary of Finance Holding Corporation, a Delaware corporation, which is a wholly-owned subsidiary of Cendant Corporation. Cendant Corporation is a publicly traded Delaware

#1059422 v2
101629-55303

corporation traded on the New York Stock Exchange under the symbol "CD."

                                      **GIBBONS, DEL DEO, DOLAN,**
                                      **GRIFFINGER & VECCHIONE**
A Professional Corporation
Attorneys for Plaintiff
Days Inns Worldwide, Inc.

_(signature)_

Patrick C. Dunican, Jr., Esq.
Robert C. Brady, Esq.

Dated: February 1, 2007