Patrick C. Dunican, Jr., Esq. (PD - 9401)
Robert C. Brady, Esq. (RB - 4814)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4500
Attorneys For Plaintiff
Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>YOGI OF NORFOLK, INC., a Nebraska Corporation; and PIYUSH PATEL, an individual,<br><br>Defendants. | Civil Action No. 07-1200<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

TO:   Clerk of Court and All Parties of Record:

**PLEASE TAKE NOTICE** that the name of the firm representing Days Inns Worldwide, Inc. ("DIW") in the above-captioned matter has changed from Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C. to **Gibbons P.C.**

**PLEASE TAKE FURTHER NOTICE** that the address for **Gibbons P.C.** has changed to **One Gateway Center, Newark, New Jersey 07102-5310.**

Kindly use the new firm name and address in all pleadings, correspondence, and other documents and direct all future correspondence and service of documents in this matter to the

#1172172 v1
101629-55303

attorney of record at the new firm name and address.

Respectfully submitted,

*/s/ Robert C. Brady*

Patrick C. Dunican, Jr.
Robert C. Brady
**Gibbons P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
Attorneys for Days Inns Worldwide, Inc.

Dated: February 28, 2007

3

## CERTIFICATE OF SERVICE

I, Robert C. Brady, an associate with the law firm of Gibbons P.C., attorneys for Days Inns Worldwide, Inc. in the above-captioned matter, hereby certify that on February 28, 2007, I caused a copy of the foregoing Notice of Change of Firm Name and Address to be served via first-class mail, postage prepaid, upon:

Yogi of Norfolk, Inc.
1781 Fleischli Parkway
Cheyenne, Wyoming 82001

Piyush Patel
7207 Tumbleweed
Cheyenne, Wyoming 82009

and
1515 W. Lincoln Way
Cheyenne, Wyoming 82001

Robert C. Brady

#1172172 v1
101629-55303



ROBERT C. BRADY
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4617 Fax: (973) 639-8380
rbrady@gibbonslaw.com

February 28, 2007

**VIA ELECTRONIC FILING**

Office of the Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  Days Inns Worldwide, Inc. v. Yogi of Norfolk, Inc., et al.
          Civil Action No. 07-1200

Dear Sir or Madam:

We represent Days Inns Worldwide, Inc. ("DIW") in the above referenced matter. Enclosed please find this firm's Notice of Change of Firm Name and Address.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Robert C. Brady
Associate

Enclosures

cc:    Yogi of Norfolk, Inc.
       Piyush Patel
       Patrick C. Dunican, Jr., Esq.