BATTS, J

Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for Defendants YOGI OF NORFOLK,
INC. and PIYUSH PATEL.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/04/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | | |
|---|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation | : | 07-CV-1200 (DAB) |
| Plaintiff, | : | |
| -against- | : | STIPULATION EXTENDING TIME TO ANSWER |
| YOGI OF NORFOLK, INC., a Nebraska Corporation; and PIYUSH PATEL, an individual | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------

**IT IS HEREBY STIPULATED** and agreed to by and between the attorneys for the

Plaintiff, Days Inns Worldwide, Inc. ("Plaintiff"), and for the Defendants, Yogi of Norfolk, Inc.

and Piyush Patel ("Defendants"), that the time in which Defendants shall serve its Answer to the

Complaint is hereby extended to and including June 8, 2007.

The parties further agree that this Stipulation may be executed and shall be sufficient via

facsimile transmission.

Dated: May 31, 2007
      New York, New York

SHUKAT ARROW HAFER                    GIBBONS, DEL DEO, DOLAN
WEBER & HERBSMAN, LLP                  GRIFFINGER & VECCHIONE, P.C.


By: _____         By: _____
Dorothy M. Weber (DW 4734)            Robert C. Brady, Esq. (RB 4814)
111 West 57th Street                  Patrick C. Duncan, Jr. (PD 9401)
Suite 1120                            One Riverfront Plaza
New York, New York 10019              Newark, New Jersey 07102
212-245-4580                          973-596-4500
Attorneys for Defendants              Attorneys for Plaintiff
Yogi of Norfolk, Inc. and             Days Inns Worldwide, Inc.
Piyush Patel


SO ORDERED:


_____
Honorable Deborah A. Batts
United States District Judge

June 4, 2007