Dorothy M. Weber, Esq. (DW 4734)
Kyle D.N. Fogden, Esq. (KF 3043)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Attorneys for Defendants YOGI OF NORFOLK,
INC. and PIYUSH PATEL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
DAYS INNS WORLDWIDE, INC., a                  :
Delaware Corporation                                              07-CV-1200 (DAB)
                   Plaintiff,                              :

        -against-                                       :       RULE 7.1
                                                                  STATEMENT
YOGI OF NORFOLK, INC., a Nebraska            :
Corporation; and PIYUSH PATEL, an
individual                                                                   :

                 Defendants.                        :
------------------------------------------------------------

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for YOGI OF NORFOLK, INC. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

Dated:      New York, New York
              June 8, 2007

                                              SHUKAT ARROW HAFER WEBER
                                               & HERBSMAN, LLP

                                              By: _____
                                              Kyle D.N. Fogden, Esq. (KF 3043)
                                              Dorothy M. Weber, Esq. (DW 4734)
                                              111 West 57th Street, Suite 1120
                                              New York, New York 10019
                                              212-245-4580