UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
Days Inns Worldwide, Inc.
                    Plaintiff(s),

       -against-                           07 Civ. 1200 (DAB)
Yogi of Norfolk, Inc. &                    ORDER
Piyush Patel
                    Defendant(s).
--------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

   Pursuant to Local Civil Rule 83.12(e), the Court has determined that the above-captioned case is appropriate for mediation. Accordingly, it is hereby ORDERED that the parties shall be referred to the Court Sponsored Mediation Program for mediation.

   In light of the mediation ordered in this case, it is hereby ORDERED that this action be placed on the Court's suspense calendar, pursuant to Rule 20 of the Rules for the Division of Business Among District Judges Southern District, pending further notice from the Court.

   It is FURTHER ORDERED that the parties shall provide a status report to the Court immediately upon completion of mediation.

           SO ORDERED.

DATED:    New York, New York
          December 14, 2007

                                    _____
                                    DEBORAH A. BATTS
                                    United States District Judge